UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MIRON,

    Petitioner,

v.

R. MADDEN, Warden,

    Respondent.

Case No. 22-00900 BLF (PR)

**JUDGMENT**

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: __April 14, 2023_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Case No. 22-00900 BLF (PR)
JUDGMENT